IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| STEVE RICHARDSON,<br>Register No. 55320, | )<br>)<br>) | |
| Plaintiff, | ) | |
| v. | )<br>) | No. 05-4160-CV-C-NKL |
| KENNETH CONNELL, Automotive<br>Teacher III, et al., | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER

On July 6, 2005, the United States Magistrate Judge recommended dismissing plaintiff's claims against defendant Missouri Department of Corrections. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on July 29, 2005. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. Mo. Rev. Stat. §§ 105.711, 217.020 and 537.600 do not constitute waiver of sovereign immunity.

The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims against defendant Missouri Department of Corrections are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim.

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: October 3, 2005
Jefferson City, Missouri