**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

STEVE RICHARDSON,                    )
Register No. 55320,                      )
                                                  )
                         Plaintiff,            )
                                                  )
            v.                                   )            No. 05-4160-CV-C-NKL
                                                  )
KENNETH CONNELL, Automotive    )
Teacher III, et al.,                          )
                                                  )
                         Defendants.         )

<u>**ORDER**</u>

On November 30, 2005, the United States Magistrate Judge recommended that defendants' motion of August 18, 2005, to dismiss plaintiff's state law negligence and malpractice claims for failure to comply with Missouri statutory requirements be granted, with dismissal to be without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that defendants' motion of August 18, 2005, to dismiss plaintiff's state law negligence and malpractice claims for failure to comply with Missouri statutory requirements is granted, with dismissal to be without prejudice [14].


/s/


NANETTE K. LAUGHREY
United States District Judge

Dated: January 25, 2006
Jefferson City, Missouri